UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANA-FARBER CANCER INSTITUTE, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>GATEKEEPER PHARMACEUTICALS, INC.,<br><br>    Defendant, Counterclaim Defendant, and Cross-claim Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMA, A.G., NOVARTIS INTERNATIONAL PHARMACEUTICAL, LTD., and NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC.,<br><br>    Cross-Claim Defendants and Counterclaim Plaintiffs | Civil Action No. 1:10-CV-11613 |

## SUBMISSION OF PROPOSED SECOND AMENDED CROSSCLAIM OF GATEKEEPER PHARMACEUTICALS, INC.

Third-party plaintiff Gatekeeper Pharmaceuticals, Inc. submits this Proposed Second Amended Crossclaim of Gatekeeper Pharmaceuticals, Inc. pursuant to Gatekeeper's proposal set forth in Section VIII of the Pretrial Memorandum jointly submitted on September 20, 2013 by Gatekeeper Pharmaceuticals, Inc. and Novartis International Pharmaceutical, Ltd. and Novartis Institutes for BioMedical Research, Inc. (collectively "Novartis"). This amendment conforms the complaint to the evidence adduced in discovery.

Attached as Exhibit A is the final version of the Proposed Second Amended Crossclaim of Gatekeeper Pharmaceuticals, Inc.. Attached as Exhbit B is a redlined version of the same

document showing the changes from the prior complaint. This redline was provided to Novartis on September 16, 2013, in connection with the exchange of the draft Pretrial Memorandum.

Dated: September 20, 2013

Respectfully Submitted,

GATEKEEPER PHARMACEUTICALS, INC.

By its attorneys,

/s/ Timothy T. Scott
Timothy T. Scott
tscott@kslaw.com
Geoffrey M. Ezgar
gezgar@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile:  (650) 590-1900

Theodore J. Folkman
tjf@murphyking.com
MURPHY & KING, P.C.
One Beacon Street, 21st Floor
Boston, MA 02108-3107
Telephone: (617) 434-0400
Facsimile:  (617) 423-0498

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the NEF, and paper copies will be sent to those indicated as non registered participants on September 20, 2013.

/s/ Timothy T. Scott
Timothy T. Scott

DMSLIBRARY01:21651228.1