```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


DANA-FARBER CANCER INSTITUTE,      )
INC.,                              )
                                   )
       Plaintiff and               )
       Counterclaim Defendant,     )   CIVIL ACTION NO.
                                   )   10-11613-DPW
v.                                 )
                                   )
GATEKEEPER PHARMACEUTICALS,        )
INC.,                              )
                                   )
       Defendant, Counterclaim     )
       Defendant, and Cross-Claim  )
       Plaintiff,                  )
                                   )
v.                                 )
                                   )
NOVARTIS PHARMA, A.G., NOVARTIS    )
INTERNATIONAL PHARMACEUTICAL,      )
LTD., and NOVARTIS INSTITUTE FOR   )
BIOMEDICAL RESEARCH, INC.,         )
                                   )
       Cross-Claim Defendants and  )
       Counterclaim Plaintiffs.    )
```

## **SETTLEMENT ORDER OF DISMISSAL**

WOODLOCK, District Judge

The Court having been formally advised that the above-entitled action has been settled on **9/24/13** with respect to all parties;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **30** **days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for

Judgment with the Court no later than **10/24/13** .

                                                          BY THE COURT,

                                                          /S/ Jarrett Lovett
                                                          Deputy Clerk

Dated: 9/24/13